Dunn *v.* The State.

Bills of Exceptions.—Time cannot be given beyond the term to file a bill of exceptions in a criminal case.

APPEAL from the *Miami* Common Pleas.

Frazer, J.—The errors assigned are shown, if at all, by a bill of exceptions. The court gave sixty days to file it, and it was filed within that time, but long after the close of the term. This practice, in criminal cases, is not warranted by the statute, and the bill of exceptions must be disregarded here. *Stewart* v. *The State*, 24 Ind. 142. It follows, that the judgment must be affirmed, with costs.

*J. L.* and *J. Farrar*, for appellant.

*D. E. Williamson*, Attorney General, for the State.